JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAKOTA ERIC NIMMO,<br><br>Defendant. | Case No. 2:24-cr-68-CDS-MDC<br><br>UNITED STATES' MOTION TO UNSEAL<br><br>**FILED UNDER SEAL** |

The United States of America, through Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, request this Honorable Court unseal the captioned matter. Through state-appointed counsel, assisted by the OFPD, defendant Nimmo has informed the USAO she is aware of the indictment and warrant in this matter and intends to self-surrender to the USMS in this District on Friday, June 27, 2024. Unsealing this matter in advance will facilitate appointment of counsel and preparation of pretrial investigations. Respectfully submitted this June 25, 2024.

JASON M. FRIERSON
United States Attorney

 *//s// Daniel J Cowhig*
DANIEL J. COWHIG
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>DAKOTA ERIC NIMMO,<br><br>  Defendant. | Case No. 2:24-cr-68-CDS-MDC<br><br>**UNSEALING ORDER** |

**ORDER**

**IT IS HEREBY ORDERED**, on the motion of the government and good cause appearing therefor, that the captioned matter is unsealed.

**IT IS SO ORDERED** this June 26, 2024.

_____
HONORABLE MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE